**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| ZACHARY KRUEGER,<br><br>               Plaintiff,<br><br>vs.<br><br>SNUG HARBOR BOATS AND COMPANY, et al.,<br><br>               Defendants. | CIVIL ACTION FILE<br><br>NO. 2:17-cv-129-RWS |

## **DEFAULT JUDGMENT**

The defendants Snug Harbor Boats and Company and Ann Koch, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order of March 29, 2018, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiff, recover from the defendants, the amount of $14,368.98, which is $2,136.00 in overtime pay, $2,136.00 in liquidated damages, and $11,082.98 in attorneys fees and costs.

Dated at Gainesville, Georgia this 29th day of March, 2018.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                By:     s/Shane Gazaway
                                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  March 29, 2018
JAMES N. HATTEN
Clerk of Court


By: s/Shane Gazaway
      Deputy Clerk